FILED
2013 Apr-18 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAWANA KESHUN JACKSON,** | ] | |
| **Movant,** | ] | |
| vs. | ] | 2:12-cv-8030-VEH-RRA |
| | ] | 2:09-cr-0453-VEH-RRA |
| **UNITED STATES OF AMERICA,** | ] | |
| **Respondent.** | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the "Motion for Sentence Reduction via Rule 60(b)" be denied. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The "Motion for Sentence Reduction via Rule 60(b)" is due to be **DENIED**.

An appropriate order will be entered.

**DONE** this 18th day of April, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge